United States District Court
Western District of Pennsylvania

15BB mw
NO FEE/NO IFP

Jonathan Lee Riches,
Plaintiff

08-0251

V.

Emiliano Neri; Patrice G. Adcroft; FCI Williamsburg,
Defendants

Under 28 USC 2241 / violations of 42 USC 2000cc1, Plaintiffs religious beliefs. Plaintiff is denied religious services and counseling at FCI Williamsburg. Plaintiff is not allowed a outside Rabbi to visit Plaintiff in Prison, Plaintiff is denied Religious material on his Jewish Faith. Plaintiff is denied to practice his Jewish religion openly. Plaintiff was subjected to danger between 1-5-08 and 1-17-08, as Plaintiff was celled with a muslim. Plaintiff seeks proper religious services and defendants, chaplains, and FCI Williamsburg to treat Plaintiff humane, FCI Williamsburg is cruel and unusual punishment.

FILED
FEB 2? 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA