

Jonathan Lee Riches  
#40948-018  
FCI Williamsburg  
P.O. Box 340  
Salters, SC 29590